UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC,<br><br>    Defendants. | Case No. 2:19-cv-01792-APG-EJY<br><br>**ORDER** |

Before the Court is Defendant Barclays Bank of Delaware's Emergency Motion for Extension of Time to Answer or Otherwise Respond to Complaint. ECF No. 8. On November 5, 2019, this Court issued a Minute Order stating that "[a]ll non-moving parties shall have through 5:00 p.m., Pacific Standard Time, on November 6, 2019 to file responses to the Emergency Motion. If no responses opposing the Emergency Motion are filed, Defendant [Barclays Bank of Delaware']s Emergency Motion shall be granted." ECF No. 11. No opposition having been filed,

IT IS HEREBY ORDERED that Defendant Barclays Bank of Delaware's Emergency Motion for Extension of Time to Answer or Otherwise Respond to Complaint (ECF No. 8) is GRANTED.

DATED THIS 8th day of November, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1