BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

1  Abran E. Vigil
   Nevada Bar No. 7548
2  Stacy H. Rubin
   Nevada Bar No. 9298
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   vigila@ballardspahr.com
6  rubins@ballardspahr.com

7  *Attorneys for Defendant Rausch, Sturm, Israel,*
   *Enerson & Hornik LLP*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>　　Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP; BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC. and TRANS UNION, LLC,<br><br>　　Defendants. | CASE NO.  2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Matthew Nelson ("Plaintiff") and Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP ("Rausch, Sturm, Israel, Enerson & Hornik")1 stipulate and agree that Rausch, Sturm, Israel, Enerson & Hornik has up to and including December 13, 2019, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Rausch, Sturm, Israel, Enerson & Hornik to prepare a response.

*[Continued on following page.]*

---

1 By filing this Stipulation, Rausch, Sturm, Israel, Enerson & Hornik is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #38364811 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated this 12th day of November, 2019.

| BALLARD SPAHR LLP | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By: /s/ Stacy H. Rubin<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP* | By: /s/ Vernon Nelson<br>Vernon A. Nelson, Esq.<br>Nevada Bar No. 6434<br>6787 W. Tropicana Ave.<br>Suite 103<br>Las Vegas, Nevada 89103<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2019