J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax:   (702) 949-8398
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Barclays Bank of Delaware*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW NELSON,<br><br>     Plaintiff,<br><br>vs.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC<br><br>     Defendants. | Case No. 2:19-cv-01792-APG-EJY<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BARCLAYS BANK OF DELAWARE TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

COME NOW Defendant Barclays Bank of Delaware ("Barclays"), and Plaintiff Matthew Nelson ("Plaintiff"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

**STATEMENT OF JOINT MOTION**

1.  The Complaint in this action was filed on October 15, 2019 in the United States District Court for the District of Nevada captioned *Nelson v. Rausch*, Case No. 2:19-cv-01792-APG-EJY.

2.  Barclays' response to the Complaint was initially due on November 12, 2019.

4.  At that time, Barclays had recently retained counsel in the above-captioned lawsuit and was in the process of reviewing the claims in Plaintiff's Complaint and was gathering documents, which required additional time.

109969651.1

Lewis Roca ROTHGERBER CHRISTIE
Las Vegas, NV 3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5. On November 1, 2019, Barclays filed an Emergency Motion for Extension of Time for Defendant Barclays Bank of Delaware to Answer or Otherwise Respond to Complaint ("Motion") (ECF No. 8), and this Court granted Barclays' Motion (the "First Request"), extending the time within which Barclays was to respond to the Complaint until December 12, 2019. (ECF No. 15).

6. Barclays' time to respond to the Complaint has not yet expired.

7. Good cause exists to extend Barclays' deadline to respond to the Complaint by an additional 28 days. Barclays recently received a settlement demand from Plaintiff which is currently under consideration by Barclays. In addition, counsel for Barclays and counsel for Plaintiff have agreed to exchange documentation in order to further discussions on whether a resolution can be reached without the need for costly litigation.

8. Counsel for Plaintiff and Counsel for Barclays have conferred and agreed to extend the deadline in which Defendant has to answer or otherwise respond to Plaintiffs' Complaint by an additional twenty-eight (28) days, through and until January 9, 2020.

9. This joint motion is filed in good faith and not intended to cause delay and will not prejudice any other party to the case.

10. This is the second request for extension of time for Barclays to respond to the Complaint.

DATED: December 11, 2019

LEWIS ROCA ROTHERGER CHRISTIE

*/s/ Matthew R. Tsai*
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar #14290)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendant Barclays Bank of Delaware*

DATED: December 11, 2019

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon A. Nelson*
Vernon A. Nelson (NV Bar #6434)
6787 W. Tropicana Avenue, Suite 103
Las Vegas, NV 89103

*Counsel for Plaintiff Matthew Nelson*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2019

109969651.1