Abran E. Vigil
Nevada Bar No. 7548
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP; BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC. and TRANS UNION, LLC,<br><br>Defendants. | CASE NO. 2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff Matthew Nelson ("Plaintiff") and Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP ("Rausch, Sturm, Israel, Enerson & Hornik")1 stipulate and agree that Rausch, Sturm, Israel, Enerson & Hornik has up to and including January 13, 2020, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Rausch, Sturm, Israel, Enerson & Hornik to prepare a response.

*[Continued on following page.]*

---

1 By filing this Stipulation, Rausch, Sturm, Israel, Enerson & Hornik is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #39542915 v1

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated this 11th day of December, 2019.

| BALLARD SPAHR LLP | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By: /s/ Stacy H. Rubin<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Vernon A. Nelson<br>Vernon A. Nelson, Esq.<br>Nevada Bar No. 6434<br>6787 W. Tropicana Ave.<br>Suite 103<br>Las Vegas, Nevada 89103 |

*Attorneys for Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP*

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2019