J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant*
*Barclays Bank of Delaware*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>Plaintiff,<br><br>vs.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC<br><br>Defendants. | Case No. 2:19-cv-01792-APG-EJY<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BARCLAYS BANK DELAWARE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**[THIRD REQUEST]** |

COMES NOW Defendant Barclays Bank Delaware ("Barclays"), and Plaintiff Matthew Nelson ("Plaintiff"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

**STATEMENT OF JOINT MOTION**

1. The Complaint in this action was filed on October 15, 2019 in the United States District Court for the District of Nevada captioned *Matthew Nelson v. Rausch,* 2:19-cv-01792-APG-EJY.

2. Barclays' answer or other response to the Complaint was initially due on November 12, 2019.

3. At that time, Barclays had recently retained counsel in the above-captioned lawsuit and was in the process of reviewing the claims in Plaintiff's Complaint and was

110180325.1

1 gathering documents, which required additional time.

2 4. On November 1, 2019, Barclays filed an Emergency Motion for Extension of Time for Defendant Barclays Bank of Delaware to Answer or Otherwise Respond to Complaint ("Motion") (ECF No. 8), and this Court granted Barclay's Motion (the "First Request"), extending the time within which Barclays was to respond to the Complaint until December 12, 2019. (ECF No. 15).

5. During the holidays and while the parties engaged in settlement discussions, the parties agreed to jointly move to extend the deadline through and until January 9, 2020 (the "Second Request"), which this Court granted. (ECF No. 24).

6. Now, further good cause exists to extend Barclays' deadline to respond to the Complaint by an additional fourteen (14) days. Namely, Barclays; defendant Rausch, Sturm, Israel, Emerson & Hornik, LLP ("RS"); and Plaintiff have been engaging in settlement discussions and are close to reaching an agreement that would resolve Plaintiff's claims against both RS and Barclays. The parties anticipate that a settlement agreement will be reached within the next 14 days.

7. Counsel for Plaintiff and counsel for Barclays have agreed to extend the deadline in which Defendant has to answer or otherwise respond to Plaintiff's Complaint by an additional fourteen (14) days, through and until January 23, 2020.

8. This joint motion is filed in good faith and not intended to cause delay and will not prejudice any other party to the case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

110180325.1

2

9. This is the third request for extension of time for Barclays to respond to the Complaint.

DATED: January 7, 2020

LEWIS ROCA ROTHERGER CHRISTIE LLP

*/s/ Matthew R. Tsai*
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar #14290)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendant
Barclays Bank of Delaware*

DATED: January 7, 2020

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon A. Nelson*
Vernon A. Nelson (NV Bar #6434)
6787 W. Tropicana Avenue, Suite 103
Las Vegas, NV 89103

*Counsel for Plaintiff Matthew Nelson*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2020