VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Telephone:  702-476-2500
Facsimile:   702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Matthew Nelson*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC<br><br>　　　　　　Defendants. | CASE NO.:   2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP AND BARCLAYS BANK OF DELAWARE WITH PREJUDICE** |

This Stipulation and Order to Dismiss the above entitled action with prejudice is made and entered into by and between Plaintiff, MATTHEW NELSON, Defendant RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP and Defendant BARCLAYS BANK OF DELAWARE by and through their respective undersigned counsel of record.

IT IS HEREBY STIPULATED between the parties to the above-entitled action, through their respective counsel of record, that the action be dismissed with prejudice as to Defendant RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP and Defendant BARCLAYS BANK OF

. . .

. . .

. . .

. . .

. . .

DELAWARE, with each party to bear their own costs and fees.

IT IS SO STIPULATED.

DATED this 7th day of February, 2020.

                                       **THE LAW OFFICE OF VERNON NELSON**

                                       */s/ Vernon A. Nelson, Esq.*
                                       VERNON A. NELSON, JR., ESQ.
                                       Nevada Bar No. 6434
                                       6787 W. Tropicana Ave., Suite 103
                                       Las Vegas, NV 89103
                                       *Attorney for Plaintiff Matthew Nelson*

DATED this 7th day of February, 2020.

                                       */s/ Matthew Ryan Tsai*
                                       Matthew Ryan Tsai, Esq.
                                       LEWIS ROCA ROTHBERGER CHRISTIE LLP
                                       3993 Howard Hughes Pkwy., Ste. 600
                                       Las Vegas, NV 89169
                                       Email: mtsai@lrrc.com
                                       *Attorneys for Defendant Barclays Bank of Delaware*

DATED this ____ day of February, 2020.

                                       */s/ Abran E. Vigil*
                                       Abran E. Vigil, Esq.
                                       BALLARD SPAHR
                                       1980 Festival Plaza Drive, Ste. 900
                                       Las Vegas, NV 89135
                                       Email; vigila@ballardspahr.com
                                       *Attorneys for Rausch, Sturm, Israel,*
                                           *Emerson & Hornik, LLP*

IT IS SO ORDERED

Dated: February 10, 2020.                    U.S. DISTRICT COURT JUDGE

Respectfully Submitted:
**THE LAW OFFICE OF VERNON NELSON**
*/s/ Vernon A. Nelson, Esq.*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
*Attorney for Plaintiff Matthew Nelson*