**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW NELSON,

Plaintiff

v.

RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, et al.,

Defendants

Case No.: 2:19-cv-01792-APG-EJY

**Order for Stipulation of Dismissal or Status Report**

On January 7, 2020, the parties advised the court that plaintiff Matthew Nelson had settled with defendant Equifax Information Services, LLC. ECF No. 27. On January 9, 2020, the parties advised the court that Nelson had settled with defendant Transunion, LLC. ECF No. 29. And on February 27, 2020, the parties advised the court that Nelson had settled with defendant Experian Information Solutions, Inc. Several months have passed and the parties have not filed stipulations of dismissal.

IT IS THEREFORE ORDERED that by June 19, 2020, the parties shall file either stipulations of dismissal or a status report.

DATED this 1st day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE