**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW NELSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAY'S BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

　　　　Plaintiff Matthew Nelson, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　　There are no longer any issues in this matter between Matthew Nelson and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

　　　　**IT IS SO ORDERED.**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge　　　6/2/2020

3624293.1

Dated this 2nd day of June, 2020.

| | |
|---|---|
| /s/ Jennifer Bergh | /s/ Vernon A. Nelson |
| Jennifer Bergh | Vernon A. Nelson |
| jbergh@qslwm.com | vnelson@nelsonlawfirmlv.com |
| Nevada Bar No. 14480 | The Law Office of Vernon Nelson |
| 6900 N. Dallas Parkway, Suite 800 | 6787 W. Tropicana Avenue, Suite 103 |
| Plano, Texas 75024 | Las Vegas, NV 89103 |
| (214) 560-5460 | (702) 476-2500 |
| (214) 871-2111 Fax | (702) 475-2788 Fax |
| **Counsel for Trans Union LLC** | **Counsel for Plaintiff** |

**IT IS SO ORDERED**

_____
**HONORABLE ANDREW P. GORDON**
UNITED STATE DISTRICT JUDGE

3624293.1

1