VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Telephone: 702-476-2500
Facsimile: 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Matthew Nelson*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| MATTHEW NELSON,<br><br>                    Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAYS BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC<br><br>                    Defendants. | CASE NO.:   2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS EQUIFAX, INC. WITH PREJUDICE** |

This Stipulation and Order to Dismiss the above entitled action with prejudice is made and entered into by and between Plaintiff, MATTHEW NELSON and Defendant EQUIFAX, INC.., by and through their respective undersigned counsel of record.

IT IS HEREBY STIPULATED between the parties to the above-entitled action, through their respective counsel of record, that the action be dismissed with prejudice as to Defendant EQUIFAX, INC., with each party to bear their own costs and fees.

**IT IS SO ORDERED.**                    _____
                                                        UNITED STATES DISTRICT JUDGE
                                                        Dated: June 2, 2020.

1   IT IS SO STIPULATED.

2   DATED this 2nd day of June, 2020.

**THE LAW OFFICE OF VERNON NELSON**

*/s/ Vernon A. Nelson, Esq.*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV   89103
*Attorney for Plaintiff Matthew Nelson*

DATED this 2nd day of June, 2020.

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Email: JThompson@ClarkHill.com
*Attorneys for Equifax Information Services LLC*

*Nelson v. RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, et al.*
*CASE NO.:   2:19-cv-01792-APG-EJY*

IT IS SO ORDERED

DATED: _____        U.S. DISTRICT COURT JUDGE

                                                            _____

Respectfully Submitted:
**THE LAW OFFICE OF VERNON NELSON**
*/s/ Vernon A. Nelson, Esq.*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV   89103
*Attorney for Plaintiff Matthew Nelson*