Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW NELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUSCH, STURM, ISRAEL, EMERSON & HORNIK, LLP, BARCLAY'S BANK OF DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01792-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint filed: October 15, 2019 |

It is hereby stipulated between Plaintiff Matthew Nelson, and Defendant Experian Information Solutions, Inc. ("Experian") (collectively "the Parties"), by an through their respective attorneys, that all Plaintiff's claims asserted against Experian in the above-captioned be dismissed with prejudice per Fed. R. of Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge　　　　6/2/2020

**Respectfully submitted,**

| | |
|---|---|
| Dated this 2nd day of June 2020 | Dated this 2nd day of June 2020 |
| NAYLOR & BRASTER | THE LAW OFFICE OF VERNON NELSON, PLLC |

By: */s/ Andrew J. Sharples*
    Jennifer L. Braster (NBN 9982)
    Andrew J. Sharples (NBN 12866)
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145
    jbraster@nblawnv.com
    asharples@nblawnv.com

    Katherine A. Neben (NBN 14590)
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA  92612
    kneben@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

By: */s/ Vernon Nelson*
    Vernon Nelson (NBN 6434)
    6787 W. Tropicana Ave., Suite 103
    Las Vegas, NV 89103
    vnelson@nelsonlawfirmlv.com

*Attorney for Plaintiff*

| | |
|---|---|
| Dated this 2nd day of June 2020 | Dated this 2nd day of June 2020 |
| ALVERSON TAYLOR & SANDERS | CLARK HILL PLLC |

By: */s/ Jennifer R. Bergh*
    Jennifer Rebecca Bergh (NBN 14480)
    QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, TX 75201
    jbergh@qslwm.com

    Trevor Waite (NBN 13779)
    6605 Grand Montecito Pkwy, Suite 200
    Las Vegas, NV 89149
    twaite@alversontaylor.com

*Attorneys for Transunion, LLC*

By: */s/ Jeremy J. Thompson*
    Jeremy J. Thompson (NBN 12503)
    3800 Howard Hughes Pkwy, Suite 500
    Las Vegas, NV 89169
    jthompson@clarkhill.com

*Attorney for Equifax, Inc.*

**IT IS SO ORDERED.**

Dated this __ day of June 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2